**DISMISS and Opinion Filed March 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00234-CV**

**T-K-O EQUIPMENT CO., Appellant**
**V.**
**KOLBERG-PIONEER, INC., JOHNSON CRUSHERS INTERNATIONAL, INC., AND ASTEC MOBILE SCREENS, INC., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01384**

# MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

Before the Court is appellant's March 1, 2019 motion to dismiss the appeal with prejudice.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190234F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

T-K-O EQUIPMENT CO., Appellant

No. 05-19-00234-CV      V.

KOLBERG-PIONEER, INC., JOHNSON
CRUSHERS INTERNATIONAL, INC.,
and ASTEC MOBILE SCREENS INC.,
Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-01384.
Opinion delivered by Justice Reichek,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**. We
**ORDER** that appellant bear the costs, if any, of this appeal.

Judgment entered March 6, 2019